**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01599-CV

**VICTOR MALDONADO, Appellant**

**V.**

**SUMEER HOMES, INC., PALMER DRYWALL, L.L.C.,
AND ISC BUILDING MATERIALS, INC., Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-01137-E**

## ORDER

The Court has before it appellee Sumeer Homes, Inc.'s September 11, 2013 unopposed motion for substitution of counsel. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to remove Robert D. Royse, Jr., as counsel for Sumeer Homes, Inc., and to substitute William E. Reid and John M. Frick of Reid & Dennis, P.C., as counsel for Sumeer Homes, Inc.

/s/    ELIZABETH LANG-MIERS
         JUSTICE